Pro Se 1 (Rev. 12/16) Complaint for a Civil Case



# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

APR 02 2018
David J. Bradley, Clerk of Court

_____ Division

Trese Zina Rogers
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

City of Houston Admini...
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [X] Yes [X] No

Employment discrimination
Title
Complaint; Answer
to motion to

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Zina Rogers |
| Street Address | 2901 Fulton St. |
| City and County | Houston, Harris |
| State and Zip Code | Texas 77009 |
| Telephone Number | 832-870-8067 |
| E-mail Address | |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
Name                     City of Houston
Job or Title (if known)  Legal Department
Street Address           900 Bagby 4th Floor
City and County          Houston, Harris
State and Zip Code       TX, 77002
Telephone Number         832-393-6491
E-mail Address (if known)

Defendant No. 2
Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. 3
Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. 4
Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Title VII Civil Rights Act 1964, 1984, federal statue (42 U.S.C Section 1981A) Discrimination ~~Employment Act~~

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* Ms. Zina Rogers, is a citizen of the State of *(name)* Texas.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* City of Houston Admin, is a citizen of the State of *(name)* Texas. Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b. If the defendant is a corporation

The defendant, (name) City of Houston Adm, is incorporated under the laws of the State of (name) VII (1964) Discrimination in Employment Act, and has its principal place of business in the State of (name) Texas.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

  3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Wrongful Termination Damages to 65 Million to 100. My first job, at 21 - And it came to my supervisor decides to violate my Civil Rights. And Constitutional Rights - Fired without a Reason, I went to EEOC - I tried to go down the line, to complaint to HR, on Probation was never answered, I got hurt on the job, No payment for that - Retaliation Unemployment benefits denied $11,081.6 Injury on the job.

**III. Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Charge of Sexual harassment, I wrote to Human Resources, I went to EEOC - they didn't try, to help me. Mr. Walter Rose supervisor - He left the 3rd shift and came to 2nd shift. And Did the same thing sexual harassment - I Applied for a job with the City of Houston Retaliation occur in the City of Houston Administration Staff but Denied - I Am the Victim in this matter of the Supervisor

**IV. Relief** EEOC decides to help me, Wrongful discharge. A Charge is complete with EEOC - 6/14/2017 Discriminated against to ask me sit on his lap...

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Unemployment was Appeal and Workman's Comp... Law suit for Back-pay, Severance-pay, Retirement for 31 yrs - that was loss. Retirement plan - money damages to any employee who had an injury on the job - been the victim of intentional discrimination in employment & Lost income And benefits to reimbursement for out of pocket expenses, for compensatory damages mental and emotional pain entitled to equitable remedies. of Pain | Suffering And taken Temp Labor Jobs - $ 7.25 when I was making $8.44 - As A Laborer -

Under federal Law, with 15 or more employees Are covered by Title VII, the primary law prohibiting employment discrimination the Americans with Disabilities Act...
Firing employees, Wage And Hour Rules

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/27 2017

Signature of Plaintiff: *Tina R. Rogers*
Printed Name of Plaintiff: TINA ROMANE ROGERS

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____